# EXHIBIT A

**MacKinnon Morrow, Kirk**

**From:** Ventresca, Ivano
**Sent:** Thursday, September 3, 2026 4:34 PM
**To:** Derbisz, Tara (USADC)
**Cc:** Adina Appelbaum; decker; Anthony Enriquez; gillman; Lauren Hodges; MacKinnon Morrow, Kirk; Sharma, Monica; Evan Benz; Sampat, Dhruman (USADC)
**Subject:** RE: M.O. v. Helland, 26-2279 - Counsel

Hi Tara – thank you for the response. We cannot agree to the most recent proposed schedule, which is now longer than the first schedule you proposed, with briefing ending in February 2027, as opposed to mid-January 2027. We do not believe briefing into 2027 is appropriate here, given the significant ongoing harms at issue. The government's first proposal also had the government producing the record and filing its dispositive motion at the same time -- consistent with Local Rule 7(n). The second proposal now departs from that position.

Because we are at impasse on the schedule, we will submit a motion to the court tomorrow asking for a schedule along the lines of what I initially proposed. We will indicate that we met and conferred and the government opposes the schedule.

Best,
Ivano

---

**From:** Derbisz, Tara (USADC) <Tara.Derbisz@usdoj.gov>
**Sent:** Wednesday, September 2, 2026 4:40 PM
**To:** Ventresca, Ivano <iventresca@zuckerman.com>
**Cc:** Adina Appelbaum <adina@amicacenter.org>; decker <decker@kennedyhumanrights.org>; Anthony Enriquez <enriquez@kennedyhumanrights.org>; gillman <gillman@kennedyhumanrights.org>; Lauren Hodges <lauren@amicacenter.org>; MacKinnon Morrow, Kirk <KMacKinnonMorrow@zuckerman.com>; Sharma, Monica <msharma@zuckerman.com>; Evan Benz <evan@amicacenter.org>; Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Subject:** RE: M.O. v. Helland, 26-2279 - Counsel

Hi Ivano,

Thanks for your response. The government's two-month schedule is fast-tracking, compared to what the Federal Rules of Civil Procedure allow; the schedule that you propose significantly accelerates the proceeding in a way that more closely mirrors emergency briefing, rather than an expedited briefing on summary judgment. Requiring Defendants to file their motion for summary judgment first, on the same day as the administrative record must be filed, only two weeks after Defendants' Answer would normally be due (which would ordinarily would then trigger another 30-day period for the agency to file the AR), is a non-starter. Additionally, Plaintiffs are bringing this case and advancing a legal theory in which they seek relief under the APA. Plaintiffs should be moving first in accordance with how the courts here generally handle other challenges to immigration policies.

Due to other competing deadlines, the agency has a backlog of obligations that it must take into account when determining how long it needs to compile the administrative record. At this early juncture, I'm not sure they can reliably anticipate how voluminous it will be. Regardless, the process takes time.

In the spirit of compromise, and in keeping with your proposal to move straight through to briefing on summary judgment, Defendants propose the following:

- **11/11**: Defendants serve the administrative record on Plaintiffs;
- **12/11** Plaintiffs their file motion for summary judgment and class certification;
- **1/11/27**: Defendants file combined cross motion for summary judgment and opposition and opposition to class certification;
- **2/1**: Plaintiffs file consolidated opposition & reply to summary judgment and reply in further support of class certification;
- **2/25**: Defendants file reply in further support of summary judgment.

I am afraid that this is the quickest path forward towards summary judgment I am able to offer.

All the best,
Tara

**Tara Derbisz**
Assistant United States Attorney
Civil Division
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
(202) 809-0784
Tara.derbisz@usdoj.gov

---

**From:** Ventresca, Ivano <iventresca@zuckerman.com>
**Sent:** Wednesday, September 2, 2026 7:56 AM
**To:** Derbisz, Tara (USADC) <Tara.Derbisz@usdoj.gov>
**Cc:** Adina Appelbaum <adina@amicacenter.org>; decker <decker@kennedyhumanrights.org>; Anthony Enriquez <enriquez@kennedyhumanrights.org>; gillman <gillman@kennedyhumanrights.org>; Lauren Hodges <lauren@amicacenter.org>; MacKinnon Morrow, Kirk <KMacKinnonMorrow@zuckerman.com>; Sharma, Monica <msharma@zuckerman.com>; Evan Benz <evan@amicacenter.org>; Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Subject:** [EXTERNAL] RE: M.O. v. Helland, 26-2279 - Counsel

Tara,

Thank you for sending the government's proposed schedule. Because of the serious ongoing harms suffered by the named plaintiffs and class members, we cannot agree to a nearly two-month extension for production of the administrative record and the government's responsive pleading. Could you please let us know what specifically requires 12 weeks to compile the administrative record here? Do you anticipate that the record will be voluminous?

Even under the assumption that the government requires 12 weeks to compile the record, that period would put the government's production in October, as Defendants were served with the complaint in July. In the spirit of cooperation, we are willing to agree to a two-week extension to Defendants' deadline, with proposed briefing as follows:

- 10/12: Defendants serve the administrative record on Plaintiffs and file opening brief (motion to dismiss or summary judgment)
- 11/4: Plaintiffs file (1) consolidated MSJ and opposition to Defendants' motion and (2) motion for class certification
- 11/25: Defendants file (1) consolidated opposition to Plaintiffs' MSJ and reply in support of Defendants' motion and (2) opposition to motion for class certification
- 12/11: Plaintiffs file (1) reply in support of Plaintiffs' MSJ and (2) reply in support of motion for class certification

Given the serious ongoing harms our clients and class members continue to face, we would appreciate your prompt response—no later than end of day tomorrow—so we can either finalize a joint proposed schedule or, if necessary, seek the Court's guidance.

Best,
Ivano

---

**From:** Derbisz, Tara (USADC) <Tara.Derbisz@usdoj.gov>
**Sent:** Tuesday, September 1, 2026 4:35 PM
**To:** Ventresca, Ivano <iventresca@zuckerman.com>
**Cc:** Adina Appelbaum <adina@amicacenter.org>; decker <decker@kennedyhumanrights.org>; Anthony Enriquez <enriquez@kennedyhumanrights.org>; gillman <gillman@kennedyhumanrights.org>; Lauren Hodges <lauren@amicacenter.org>; MacKinnon Morrow, Kirk <KMacKinnonMorrow@zuckerman.com>; Sharma, Monica <msharma@zuckerman.com>; Evan Benz <evan@amicacenter.org>; Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Subject:** RE: M.O. v. Helland, 26-2279 - Counsel

Hi Ivano,

Thanks for patience. The agency informs me they will need 12 weeks to compile the administrative record in this case. We are fine with consolidated briefing on motions for summary judgment, as well as concurrent class certification briefing, however, would propose the following briefing schedule to account for the time needed by the agency:

- 11/24: Defendants serve administrative record on plaintiffs and file opening brief:
- 12/24: Plaintiffs file (1) consolidated MSJ and opposition to Defendants' motion and (2) motion for class certification
- 1/7: Defendants file (1) consolidated opposition to Plaintiffs' MSJ and reply in support of Defendants' motion and (2) opposition to motion for class certification
- 1/14: Plaintiffs file (1) reply in support of Plaintiffs' MSJ and (2) reply in support of motion for class certification

All the best,

Tara

**Tara Derbisz**
Assistant United States Attorney
Civil Division
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
(202) 809-0784
Tara.derbisz@usdoj.gov

---

**From:** Ventresca, Ivano <iventresca@zuckerman.com>
**Sent:** Tuesday, September 1, 2026 7:15 AM
**To:** Derbisz, Tara (USADC) <Tara.Derbisz@usdoj.gov>
**Cc:** Adina Appelbaum <adina@amicacenter.org>; decker <decker@kennedyhumanrights.org>; Anthony Enriquez <enriquez@kennedyhumanrights.org>; gillman <gillman@kennedyhumanrights.org>; Lauren Hodges <lauren@amicacenter.org>; MacKinnon Morrow, Kirk <KMacKinnonMorrow@zuckerman.com>; Sharma, Monica <msharma@zuckerman.com>; Evan Benz <evan@amicacenter.org>
**Subject:** [EXTERNAL] RE: M.O. v. Helland, 26-2279 - Counsel

Hi Tara – I did not hear from you yesterday afternoon. Please let me know the government's position today. Thank you.

---

**From:** Ventresca, Ivano
**Sent:** Monday, August 31, 2026 12:26 PM
**To:** 'Derbisz, Tara (USADC)' <Tara.Derbisz@usdoj.gov>
**Cc:** Adina Appelbaum <adina@amicacenter.org>; decker <decker@kennedyhumanrights.org>; Anthony Enriquez <enriquez@kennedyhumanrights.org>; gillman <gillman@kennedyhumanrights.org>; Lauren Hodges <lauren@amicacenter.org>; MacKinnon Morrow, Kirk <KMackinnonMorrow@zuckerman.com>; Sharma, Monica <msharma@zuckerman.com>; Evan Benz <evan@amicacenter.org>
**Subject:** RE: M.O. v. Helland, 26-2279 - Counsel

Thank you, Tara. I look forward to hearing from you this afternoon.

---

**From:** Derbisz, Tara (USADC) <Tara.Derbisz@usdoj.gov>
**Sent:** Monday, August 31, 2026 11:42 AM
**To:** Ventresca, Ivano <iventresca@zuckerman.com>
**Cc:** Adina Appelbaum <adina@amicacenter.org>; decker <decker@kennedyhumanrights.org>; Anthony Enriquez <enriquez@kennedyhumanrights.org>; gillman <gillman@kennedyhumanrights.org>; Lauren Hodges <lauren@amicacenter.org>; MacKinnon Morrow, Kirk <KMacKinnonMorrow@zuckerman.com>; Sharma, Monica <msharma@zuckerman.com>; Evan Benz <evan@amicacenter.org>
**Subject:** RE: M.O. v. Helland, 26-2279 - Counsel

Hi Ivano,

I apologize for the delay in response, I have been awaiting a response from agency counsel. I will be in touch later this afternoon.

All the best,
Tara

---

**From:** Ventresca, Ivano <iventresca@zuckerman.com>
**Sent:** Monday, August 31, 2026 10:22 AM
**To:** Derbisz, Tara (USADC) <Tara.Derbisz@usdoj.gov>
**Cc:** Adina Appelbaum <adina@amicacenter.org>; decker <decker@kennedyhumanrights.org>; Anthony Enriquez <enriquez@kennedyhumanrights.org>; gillman <gillman@kennedyhumanrights.org>; Lauren Hodges <lauren@amicacenter.org>; MacKinnon Morrow, Kirk <KMacKinnonMorrow@zuckerman.com>; Sharma, Monica <msharma@zuckerman.com>; Evan Benz <evan@amicacenter.org>
**Subject:** [EXTERNAL] RE: M.O. v. Helland, 26-2279 - Counsel

Hi Tara:

Could you please respond to my emails below? It has been nearly a week without a response. We believe we can come to agreement on a schedule here, but if we do not hear from you by end of day tomorrow, we intend to seek relief from the court.

As I mentioned, our plaintiffs are suffering serious ongoing harms, and one of our named plaintiffs has had her monitor temporarily removed due to a medical-related condition, but it will very likely be re-imposed within the next 6-8 months. Therefore, the most efficient process is consolidated summary judgment motion briefing. We also propose a concurrent schedule for our class certification motion which, is currently due on September 28. Our proposed schedule is the following - which is conditional on Defendants serving the full administrative record on plaintiffs by September 28:

- 9/28: Defendants serve administrative record on plaintiffs and file motion to dismiss or summary judgment:
- 10/19: Plaintiffs file (1) consolidated MSJ and opposition to Defendants' motion and (2) motion for class certification
- 11/2: Defendants file (1) consolidated opposition to Plaintiffs' MSJ and reply in support of Defendants' motion and (2) opposition to motion for class certification
- 11/16: Plaintiffs file (1) reply in support of Plaintiffs' MSJ and (2) reply in support of motion for class certification

If we do not come to agreement on the schedule, we reserve the right to seek a more expedited schedule from the Court and/or to file motions for summary judgment on the counts that may not require the administrative record.

Best,
Ivano

---

**From:** Ventresca, Ivano
**Sent:** Thursday, August 27, 2026 7:10 AM
**To:** 'Derbisz, Tara (USADC)' <Tara.Derbisz@usdoj.gov>
**Cc:** 'Adina Appelbaum' <adina@amicacenter.org>; 'decker' <decker@kennedyhumanrights.org>; 'Anthony Enriquez' <enriquez@kennedyhumanrights.org>; 'gillman' <gillman@kennedyhumanrights.org>; 'Lauren Hodges' <lauren@amicacenter.org>; MacKinnon Morrow, Kirk <KMackinnonMorrow@zuckerman.com>; Sharma, Monica <msharma@zuckerman.com>
**Subject:** RE: M.O. v. Helland, 26-2279 - Counsel

Hi Tara – I wanted to follow up and see if you have the government's position on the below. Could you please let me know today? We can be available to meet and confer Friday or Monday as well.

Best,
Ivano

---

**From:** Ventresca, Ivano <iventresca@zuckerman.com>
**Sent:** Tuesday, August 25, 2026 9:05 PM
**To:** Derbisz, Tara (USADC) <Tara.Derbisz@usdoj.gov>
**Cc:** Adina Appelbaum <adina@amicacenter.org>; decker <decker@kennedyhumanrights.org>; Anthony Enriquez <enriquez@kennedyhumanrights.org>; gillman <gillman@kennedyhumanrights.org>; Lauren Hodges <lauren@amicacenter.org>; MacKinnon Morrow, Kirk <KMackinnonMorrow@zuckerman.com>; Sharma, Monica <msharma@zuckerman.com>
**Subject:** Re: M.O. v. Helland, 26-2279 - Counsel

Hi Tara,

Thank you very much for reaching out and hope you're having a nice summer. I'm copying my co-counsel on this email.

Consistent with Local Rule 7(m), we write to confer on two issues: (1) the government's position on our motion for class certification and (2) a schedule for production of the record and expedited summary judgment briefing (as well as class certification briefing if the government intends to oppose that motion).

As to the schedule, it would be most efficient in this case to proceed directly to summary judgment briefing (rather than the plaintiffs initially moving for preliminary relief) and the summary judgment briefing would include the government's production of the administrative record. If the government agrees to that process, we are happy to propose a schedule.

On the need for expedited proceedings, our plaintiffs and class members are experiencing ongoing serious irreparable harms, including a named plaintiff who has time-sensitive medical circumstances. If you could let us know your position tomorrow that'd be great – and we are happy to discuss further this week. We look forward to working with you as well.

Best,
Ivano

---

**From:** Derbisz, Tara (USADC) <Tara.Derbisz@usdoj.gov>
**Sent:** Tuesday, 25 August 2026 16:58:17
**To:** Ventresca, Ivano <iventresca@zuckerman.com>
**Subject:** M.O. v. Helland, 26-2279 - Counsel

Hi Ivano,

I am the assigned AUSA representing the government in *M.O. v. Helland*, 26-2279. I understand that you had reached out to confer regarding a schedule for expedited dispositive motions briefing. Can you advise what you are envisioning and I will touch base tomorrow? Looking forward to working with you.

Thanks,
Tara

**Tara Derbisz**
Assistant United States Attorney
Civil Division
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
(202) 809-0784
Tara.derbisz@usdoj.gov