UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.O., *et al.*,
*Plaintiffs*,

v.

DAWNISHA HELLAND, *et al.*,

*Defendants*.

Civil Action No. 26-2279 (RCL)

**DEFENDANTS' MOTION TO STAY THE DEADLINE TO RESPOND TO COMPLAINT**

Defendants U.S. Immigration and Customs Enforcement ("ICE"); the Department of Homeland Security ("DHS"); Dawnisha Helland, in her official capacity as Acting Assistant Director of the Enforcement and Removal Operations ("ERO") Non-Detained Management Division, ICE; David Venturella in his official capacity as Acting Director of ICE; and Markwayne Mullin, in his official capacity as Secretary of Homeland Security, respectfully move to stay the deadline to respond to the complaint under Federal Rule of Civil Procedure 12(a)(2). Plaintiffs oppose the requested stay. In support of this motion, Defendants state as follows:

1. Plaintiffs filed this proposed class action lawsuit under the Administrative Procedure Act ("APA"), 5 U.S.C. § 702, challenging a DHS rule requiring noncitizens enrolled in the "Alternatives to Detention" Program to wear ankle and wrist monitors. *See* Compl. ¶¶1, 2.

2. The complaint in this action was filed on June 26, 2026. *See* ECF No. 1. According to the docket, based on the return of service/affidavit filed on August 20, 2026 (ECF No. 16), Defendants' deadline to respond to the complaint is September 27, 2026. However,

because September 27, 2026 falls on a Sunday, the deadline continues to run until the following business day, September 28, 2026. *See* LCvR 6.1.

3. On September 4, 2026, Plaintiffs filed a motion for briefing schedule, requesting that this Court compel Defendants to comply with their proposal to consolidate and significantly expedite briefing in this case on summary judgment motions, class certification, and production of the administrative record; however, Plaintiffs did not move for preliminary injunctive relief or a temporary restraining order. *See generally* ECF No. 22. Defendants responded on September 18, 2026, opposing Plaintiffs' proposed accelerated briefing schedules, arguing that the schedule proposed by Plaintiffs is well beyond what the Federal Rules of Civil Procedure require. *See generally* ECF No. 24. Defendants proposed an alternative briefing schedule more closely aligned with the deadlines anticipated in the Federal Rules. *Id.* Plaintiffs filed a reply in support of their motion on September 24, 2026. *See* ECF No. 27.

4. Plaintiffs then filed a motion for class certification on September 24, 2026. *See* ECF No. 26. Defendants plan to file their response in opposition within 14-days, on or before October 8, 2026, in accordance with Local Rule 7(b). *See* LCvR 7(b). The Court has not yet ruled on either of Plaintiffs' motions.

5. Defendants respectfully request that their obligation to respond to the complaint be stayed pending further order of this Court. There is good cause for relief. After initial conferral, the parties agreed that in the absence of Plaintiffs moving for emergency or preliminary injunctive relief, moving directly to summary judgment would be the most efficient path forward. This is because the Court will be reviewing the Federal Defendants' rulemaking based on an administrative record. In the context of this case, filing an answer will

not materially advance the litigation. Therefore, staying the government's obligation to file one serves the interests of justice in this case by preserving the government's limited resources. Accordingly, Defendants request that the Court stay Defendants' obligation to answer the complaint until the Court renders a decision on Plaintiffs' motions for briefing schedule and to certify class. *See* ECFs No. 22, 26.

6. Pursuant to Local Rule 7(m), Defendants conferred with counsel of record for Plaintiffs, who indicated that they oppose the relief requested in this motion.

7. A proposed order is attached.

Dated: September 28, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Tara Derbisz*
TARA DERBISZ, D.C. Bar #252597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone: (202) 809-0784
Tara.Derbisz@usdoj.gov

*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.O., *et al.*,
*Plaintiffs*,

v.

DAWNISHA HELLAND, *et al.*,

*Defendants*.

Civil Action No. 26-2279 (RCL)

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to stay the deadline to respond to the complaint, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that the deadline to respond to the complaint is stayed until further order of the Court.

SO ORDERED:

__________________
Date

____________________________________
ROYCE C. LAMBERTH
United States District Judge