AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

M.O., et al.
*Plaintiff*
v.
Dawnisha Helland, et al.
*Defendant*

Case No. 1:26-cv-02279-RCL

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

M.O., N.I., P.O., T.P., A.S., on behalf of themselves and others similarly situated .

Date: 10/05/2026

/s/ Lauren Hodges
*Attorney's signature*

Lauren Hodges, AZ Bar No. 038791
*Printed name and bar number*

10 E. North Ave., Ste. 5
Baltimore, MD 21202
*Address*

lauren@amicacenter.org
*E-mail address*

(202) 919-6493
*Telephone number*

(202) 331-3341
*FAX number*