DECLARATION OF M.O.

I, M.O., make this supplemental declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. My name is M.O. I am a plaintiff in this lawsuit.
2. I gave birth to my youngest child on July 8, 2026. At that time, I was required to participate in ISAP.
3. While pregnant, I had previously worn an ankle monitor, and then a wrist monitor. Because of problems with the wrist monitor, the device was removed in June 2026. I was assigned to photo check-ins using the SmartLINK app instead.
4. On July 10, 2026, I was issued a bona fide determination of a pending T visa application, on which I am a derivative beneficiary. I also received an employment authorization document as a result.
5. When I learned about the bona fide determination, I notified my ISAP case manager. They told me to send proof, which I did, but then they told me that I would have to continue in ISAP because I still had a pending case in immigration court.
6. On September 4, 2026, an immigration judge dismissed my removal proceedings. I sent the judge's order to my ISAP case manager the same day. On or about September 7, my case manager called me and told me to come into the ISAP office so that staff could remove my ankle monitor. I reminded the case manager that I no longer had an ankle monitor. She then told me that because I was no longer in removal proceedings, I did not need to be enrolled in ISAP anymore. I also received a message via email telling me that my ISAP account was closed.
7. I am relieved to no longer be enrolled in ISAP, but I know that my bona fide determination is not permanent legal status, and my T visa application is still pending. In

the current climate, while my application is pending, I still have a lot of fear of being arrested, detained, or fitted with an ankle monitor once again.

8. This declaration has been interpreted to me in Spanish, my native and best language. I affirm that I understand the declaration and that it is true and accurate to the best of my knowledge and recollection.

Executed this 6th day of October, 2026.

[redacted]

M.O.

Certificate of Interpretation

I, Lauren Hodges, hereby certify that I am fluent in the English and Spanish languages, and that I have interpreted the foregoing declaration in its entirety to the declarant in Spanish, their native language, to the best of my ability.

October 6, 2026
Date

Signature