**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

M.O., et al., *on behalf of themselves and others similarly situated*

*Plaintiffs,*

–v.–

DAWNISHA HELLAND, et al.,

*Defendants.*

**Case No. 1:26-cv-2279**

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STAY**

Defendants' motion for a stay asked for a stay only until the Court ruled on the briefing schedule and motion for class certification. ECF No. 29 at 3. The Court has now ruled on the briefing schedule, with Defendants' administrative record due today, October 13, 2026. However, Defendants have now sought a significant and unjustified extension of that schedule—delaying record production by over two months and the end of briefing by over four months. Plaintiffs will respond to that motion separately. Because Defendants seek such a large extension of time contrary to this Court's order, Plaintiffs do not agree to stay the deadline for a responsive pleading—which was September 28, 2026.

Date: October 13, 2026

*/s/ Ivano Ventresca*
Ivano Ventresca (D.C. Bar No. 1045769)
Monica Sharma (D.C. Bar No. 90013922)
**ZUCKERMAN SPAEDER LLP**
2100 L Street NW, Suite 400
Washington, DC 20037
Phone: 202.778.1842
Email: iventresca@zuckerman.com
msharma@zuckerman.com

Ariella Muller (N.Y. Bar No. 5722699)**
**ZUCKERMAN SPAEDER LLP**
485 Madison Avenue, 19th Floor
New York, NY 10022
Phone: 212.704.9600
Email: amuller@zuckerman.com

*/s/ Lauren Hodges*
Lauren Hodges (A.Z. Bar No. 038791)**++
F. Evan Benz (N.C. Bar No 49077)**+
Adina Appelbaum (D.C. Bar No. 1026331)
**AMICA CENTER FOR IMMIGRANT RIGHTS**
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036
Phone: 202.331.3320
Email: lauren@amicacenter.org
adina@amicacenter.org
evan@amicacenter.org

*/s/ Sarah E. Decker*
Sarah E. Decker (Bar No. NY0566)
**ROBERT & ETHEL KENNEDY HUMAN RIGHTS CENTER**
1300 19th Street NW, Suite 750
Washington, DC 20036
Phone: 908.967.3245
Email: decker@kennedyhumanrights.org

Anthony Enriquez (Bar No. NY0626)
Sarah T. Gillman (Bar No. NY0316)
**ROBERT & ETHEL KENNEDY HUMAN RIGHTS CENTER**
88 Pine Street, 8th Floor, Suite 801
New York, New York 10005
Phone: 646.289.5593
Email: enriquez@kennedyhumanrights.org

gillman@kennedyhumanrights.org

**Admitted *pro hac vice*

+Not admitted in D.C.; working remotely from N.C. and admitted in N.C. and GA only
++ Not admitted in D.C.; admitted in AZ only