**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

M.O., *et al.*, *on behalf of themselves and others similarly situated,*

*Plaintiffs,*

–v.–

DAWNISHA HELLAND, *et al.*,

*Defendants.*

**Case No. 1:26-cv-02279**

**PLAINTIFFS' MOTION TO EXPEDITE CONSIDERATION OF DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

The Court should consider Defendants' Motion to for an Extension of Time, ECF No. 34, on an expedited basis pursuant to this Court's equitable power and 28 U.S.C. § 1657(a), which provides that a court "shall expedite the consideration of any action" upon a showing of "good cause." As detailed at length in Plaintiffs' Opposition to Defendants' Motion for an Extension (ECF No. 36), the government seeks to prevent this case from moving forward. Despite numerous rounds of negotiation with counsel for Plaintiffs and a court-ordered briefing schedule, *see* ECF No. 30, the government still refuses to meet its deadlines. *Cf. McGehee v. U.S. Dep't of Just.*, 362 F. Supp. 3d 14, 18 (D.D.C. 2019) ("The Court, not the parties, sets the briefing schedule, and a party cannot unilaterally alter it."). Expedited consideration is therefore necessary to ensure prompt resolution of this matter and to provide Plaintiffs with much-needed relief from the serious, ongoing harms that they are experiencing. Defendants should not be rewarded for their dilatory tactics.

There is plainly "good cause" for expedited consideration here. The GPS Monitoring Rule espoused in the Helland Memorandum violates the Administrative Procedure Act, the Immigration and Nationality Act, and the Due Process Clause of the Constitution. *See* Compl. ¶¶ 153-94. Any further delay in the production of the administrative record—which was due today under the Court's Order, ECF No. 30—and summary judgment briefing compounds the ongoing harm that Plaintiffs and putative class members are experiencing daily from Defendants' continued implementation of this unlawful Rule.[1] In declarations and pleadings, Plaintiffs describe the severe, often debilitating pain caused by their body-worn GPS monitors as well as the significant emotional and psychological toll that the monitors have taken on Plaintiffs and their families—their children, in particular. *See, e.g.*, Compl. ¶ 127; Decl. P.O. ¶¶ 16–17, 20 (ECF No. 26-6); Compl. ¶ 129; Decl. T.P. ¶¶ 10–13 (ECF No. 26-7); Decl. N.I. ¶ 12 (ECF No. 26-5). And named Plaintiff A.S. will face re-shackling after she gives birth in March 2027. Decl. A.S. ¶ 16 (ECF No. 26-8). Put simply, delay carries concrete and serious consequences for Plaintiffs and putative class members.

For the foregoing reasons, Plaintiffs respectfully request that this Court resolve Defendants' Motion on an expedited basis.[2]

---

[1] *See, e.g.*, Miriam Jordan, *Haitian Student, Despondent Over Ankle Monitor, Dies in Apparent Suicide* N.Y. Times, (Sept. 1, 2026), https://www.nytimes.com/2026/09/01/us/haiti-ankle-monitor-immigration-suicide.html (last visited Oct. 12, 2026).

[2] Counsel for Plaintiffs emailed the government for its position this morning but has not received a response as of this filing.

Date: October 13, 2026

*/s/ Ivano Ventresca*
Ivano Ventresca (D.C. Bar No. 1045769)
Monica Sharma (D.C. Bar No. 90013922)
**ZUCKERMAN SPAEDER LLP**
2100 L Street NW, Suite 400
Washington, DC 20037
Phone: 202.778.1842
Email: iventresca@zuckerman.com
msharma@zuckerman.com

Ariella Muller (N.Y. Bar No. 5722699)**
**ZUCKERMAN SPAEDER LLP**
485 Madison Avenue, 19th Floor
New York, NY 10022
Phone: 212.704.9600
Email: amuller@zuckerman.com

*/s/ Lauren Hodges*
Lauren Hodges (A.Z. Bar No. 038791)**++
F. Evan Benz (N.C. Bar No 49077)**+
Adina Appelbaum (D.C. Bar No. 1026331)
**AMICA CENTER FOR IMMIGRANT RIGHTS**
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036
Phone: 202.331.3320
Email: lauren@amicacenter.org
evan@amicacenter.org
adina@amicacenter.org

*/s/ Sarah E. Decker*
Sarah E. Decker (Bar No. NY0566)
**ROBERT & ETHEL KENNEDY HUMAN RIGHTS CENTER**
1300 19th Street NW, Suite 750
Washington, DC 20036
Phone: 908.967.3245
Email: decker@kennedyhumanrights.org

Anthony Enriquez (Bar No. NY0626)
Sarah T. Gillman (Bar No. NY0316)
**ROBERT & ETHEL KENNEDY HUMAN RIGHTS CENTER**
88 Pine Street, 8th Floor, Suite 801
New York, New York 10005
Phone: 646.289.5593
Email: enriquez@kennedyhumanrights.org

gillman@kennedyhumanrights.org

** Admitted *pro hac vice*

+Not admitted in D.C.; working remotely from N.C. and admitted in N.C. and GA only
++ Not admitted in D.C.; admitted in AZ only