**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

M.O., *et al., on behalf of themselves and others similarly situated,*

*Plaintiffs,*

–v.–

DAWNISHA HELLAND, *et al.,*

*Defendants.*

**Case No. 1:26-cv-02279**

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF M.O.**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), named Plaintiff M.O., through undersigned counsel, voluntarily dismisses herself from the above-captioned litigation without prejudice to her individual rights and/or to the rights of the other named Plaintiffs and the putative class members in this litigation. Dismissal under Rule 41(a)(1)(A)(i) is proper here as Defendants have not yet answered or moved for summary judgment. This voluntary dismissal applies only to M.O., and does not apply to the remaining named Plaintiffs or other putative class members.

Date: October 19, 2026

*/s/ Ivano Ventresca*
Ivano Ventresca (D.C. Bar No. 1045769)
Monica Sharma (D.C. Bar No. 90013922)
**ZUCKERMAN SPAEDER LLP**
2100 L Street NW, Suite 400
Washington, DC 20037
Phone: 202.778.1842
Email: iventresca@zuckerman.com
msharma@zuckerman.com

Ariella Muller (N.Y. Bar No. 5722699)**
**ZUCKERMAN SPAEDER LLP**
485 Madison Avenue, 19th Floor
New York, NY 10022
Phone: 212.704.9600
Email: amuller@zuckerman.com

*/s/ Lauren Hodges*
Lauren Hodges (A.Z. Bar No. 038791)**++
F. Evan Benz (N.C. Bar No 49077)**+
Adina Appelbaum (D.C. Bar No. 1026331)
**AMICA CENTER FOR IMMIGRANT RIGHTS**
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036
Phone: 202.331.3320
Email: lauren@amicacenter.org
evan@amicacenter.org
adina@amicacenter.org

*/s/ Sarah E. Decker*
Sarah E. Decker (Bar No. NY0566)
**ROBERT & ETHEL KENNEDY HUMAN RIGHTS CENTER**
1300 19th Street NW, Suite 750
Washington, DC 20036
Phone: 908.967.3245
Email: decker@kennedyhumanrights.org

Anthony Enriquez (Bar No. NY0626)
Sarah T. Gillman (Bar No. NY0316)
**ROBERT & ETHEL KENNEDY HUMAN RIGHTS CENTER**
88 Pine Street, 8th Floor, Suite 801
New York, New York 10005
Phone: 646.289.5593
Email: enriquez@kennedyhumanrights.org

gillman@kennedyhumanrights.org

** Admitted *pro hac vice*

+Not admitted in D.C.; working remotely from N.C. and admitted in N.C. and GA only
++ Not admitted in D.C.; admitted in AZ only