**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

M.O., *et al.*,

*Plaintiffs,*

v.

DAWNISHA HELLAND, *et al.*,

*Defendants.*

**Case No. 1:26-CV-2279-RCL**

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion to Extend Deadlines [ECF No. 34] is hereby **GRANTED** in part and **DENIED** in part;

It is **FURTHER ORDERED** that Defendants produce the administrative record by October 30, 2026;

It is **FURTHER ORDERED** that Defendants file their motion for summary judgment by November 20, 2026;

It is **FURTHER ORDERED** that Plaintiffs file their motion for summary judgment and opposition to Defendants' motion for summary judgment by December 4, 2026;

It is **FURTHER ORDERED** that Defendants file their opposition to class certification by December 4, 2026;

It is **FURTHER ORDERED** that Defendants file their opposition to Plaintiffs' motion for summary judgment and any Reply to Plaintiffs' opposition by December 18, 2026;

It is **FURTHER ORDERED** that Plaintiffs file any Reply to Defendants' opposition to summary judgment and class certification by January 4, 2026;

It is **FURTHER ORDERED** that Plaintiffs' Motion to Expedite [ECF No. 37] is hereby **DENIED AS MOOT**;

It is **FURTHER ORDERED** that Defendants' Motion to Stay Answer Deadline [ECF No. 29] is **GRANTED;**

**SO ORDERED.**

Date: 27 October, 2026

Hon. Royce C. Lamberth
United States District Judge