UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.O., *et al.*,

Plaintiffs,

v.

DAWNISHA HELLAND, *et al.*,

Defendants.

Civil Action No. 26-2279 (RCL)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that judgment is entered in favor of Defendants on all counts

SO ORDERED:

__________________
Date

______________________________________
ROYCE C. LAMBERTH
United States District Judge